**Motion Granted and Abatement Order filed March 27, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00897-CR

_____

**JOHN JAMES CREEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston, County, Texas**
**Trial Court Cause No. 06CR1228**

---

# ABATEMENT ORDER

Appellant has requested abatement pending the filing of a motion to dismiss this appeal.   The motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.   The appeal will be reinstated in thirty (30) days.   The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.